**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C-09-5746 SI (EMC) |
| Plaintiff, | |
| | RELATED TO |
| v. | |
| JOHN E. POTTER, *Postmaster General*, | No. C-10-0748 SI (EMC) |
| Defendant. _____/ | |
| | **ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |
| ROCHELLE VAUGHN, | |
| Plaintiff, | **(Docket No. 39, C-09-5746)** |
| | **(Docket No. 28, C10-0748)** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. _____/ | |

The Court is in receipt of Plaintiff's written request to continue the November 2, 2010 Settlement Conference, filed on November 1, 2010.

The Court **DENIES** Plaintiff's request to continue the Settlement Conference but **GRANTS** Plaintiff's request to be excused from personally attending the Settlement Conference. At the very least, Plaintiff shall be made available by telephone during the November 2, 2010 Settlement Conference, unless Plaintiff provides this Court with a licensed medical doctor's note informing the Court that Plaintiff cannot be available by telephone for the duration of the November 2, 2010

Settlement Conference. The doctor's note shall be faxed to Judge Chen's chambers at 415-522-4200 before 4:00 p.m. (Pacific time), November 1, 2010, and should not be filed with the Court.

    IT IS SO ORDERED.

Dated: November 1, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2