UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C-09-5746 SI (EMC) |
| Plaintiff, | |
| v. | RELATED TO |
| JOHN E. POTTER, *Postmaster General*, | No. C-10-0748 SI (EMC) |
| Defendant. _____/ | **ORDER** |
| ROCHELLE VAUGHN, | |
| Plaintiff, | |
| v. | |
| JOHN E. POTTER, | |
| Defendant. _____/ | |

    Counsel is instructed to report to Judge Chen (415-522-4050) after Judge Illston issues her ruling on any summary judgment motion to be filed by either party.

    IT IS SO ORDERED.

Dated: November 12, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge