IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C 09-05746 SI &C-10-0748 |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JOHN E POTTER, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 16, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>February 18, 2011</u>

DESIGNATION OF EXPERTS: <u>6/3/11</u>; REBUTTAL: <u>6/17/11</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 1, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 11, 2011</u>;

    Opp. Due <u>March 25, 2011</u>; Reply Due <u>April 1, 2011</u>;

     and set for hearing no later than <u>April 15, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 14, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 11, 2011</u> at <u>8:30 AM</u>.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The court set the trial schedule in both cases as indicated above.

The parties are ordered to participate in a further settlement conference with Magistrate-Judge Chen during on May 15, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                            *Susan Illston*

                                                            SUSAN ILLSTON
                                                            United States District Judge