IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C 09-05746 SI &C-10-0748 |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JOHN E POTTER, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 16, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 18, 2011

DESIGNATION OF EXPERTS: 6/3/11; REBUTTAL: 6/17/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 1, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by March 11, 2011;

Opp. Due March 25, 2011; Reply Due April 1, 2011;

and set for hearing no later than April 22, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 9, 2011 at 3:30 PM.

JURY TRIAL DATE: August 22, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The court set the trial schedule in both cases as indicated above.

The parties are ordered to participate in a further settlement conference with Magistrate-Judge Chen during on May 15, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge