WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff,
 ROCHELLE VAUGHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ROCHELLE VAUGHN, | Case No. CV 09-5746 SI |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND EXPARTE MOTION FOR AN ORDER GRANTING HER LEAVE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BEYOND THE DEAD LINE SET BY THE COURT** |
| v. | |
| PATRICK R. DONAHOE, Postmaster General, | |
| Defendant. | Date: March 28, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. Susan Illston |

TO: DEFENDANT, JOHN E. PORTER AND HIS ATTORNEYS OF RECORD, MELINDA HAAG, ESQ.

PLEASE TAKE NOTICE that Plaintiff Rochelle Vaughn will move this Honorable court for an Ex Parte Order, granting her leave to file her opposition to defendant's motion for summary judgment.

The motion will be based on this motion, and the declaration of Waukeen Q. Mccoy.

Plaintiff, Rochelle Vaughn, by and through her attorney, Waukeen Q. Mccoy, Esq., moves this court for an Ex parte ORDER granting her leave to file and opposition to defendant's Motion for Summary Judgment no later than April 1, 2011, but five days after the court's mandatory filing date of March 28, 2011.

This motion is made on the grounds that there has been an inadvertent error made by

Plaintiff's attorney in the date the opposition was due and was mistakenly under the impression that the opposition was due on April 1, 2011. The basis for the understanding is set forth in the declaration of Waukeen Q. McCoy.

Plaintiff respectfully request the Court to grant her leave to file her opposition to the MSJ on or before April 1, 2011 as otherwise, the disposal of her case on a default basis would be a draconian punishment for a simple error and would not be warranted by the circumstances.

The defendant will suffer no prejudice by the requested time extension (five days) and the delay is regretted.

                                Respectfully submitted,

                                LAW OFFICES OF WAUKEEN Q. McCOY

Date: March 28, 2011

                                Waukeen Q. McCoy,
                                  Attorney for Plaintiff, Rochelle Vaughn



Reply Due: 4/8/11

---

- 1 -

CASE NO. 09-5746 SI                                              MOTION FOR LEAVE TO FILE LATE OPPOSITION TO MSJ