IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C 09-05746 SI |
| Plaintiff, | **ORDER RE: MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PATRICK R. DONAHOE[1] | |
| Defendant. | |

On May 13, 2011, the Court heard argument on defendant's motion for summary judgment. At the hearing, plaintiff stated that she had new evidence that would show that she was not totally disabled The Court granted plaintiff the opportunity to present this evidence to the Court, and continued the hearing until Friday, June 3, 2011, at 9:00 a.m. On May 18, 2011, plaintiff submitted a declaration along with a doctor's note. Defendant is hereby ORDERED to submit a response to the Court by **5:00 p.m. on Wednesday, June 1, 2011** addressing the impact of this new evidence on his motion for summary judgment. The June 3 hearing **remains scheduled as before**.

**IT IS SO ORDERED.**

Dated: May 26, 2011

SUSAN ILLSTON
United States District Judge

---

1. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Postmaster General Patrick R. Donahoe is substituted as defendant for former Postmaster General John E. Potter.