IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C 09-05746 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PATRICK R. DONAHOE, | |
| Defendant.[1] | |

The Court has granted defendant's motions for summary judgment. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 7, 2011

SUSAN ILLSTON
United States District Judge

---

1. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Postmaster General Patrick R. Donahoe is substituted as defendant for former Postmaster General John E. Potter.