IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C 09-05746 SI |
| Plaintiff, | **ORDER WAIVING COSTS TAXED TO PLAINTIFF** |
| v. | |
| PATRICK R. DONAHOE, | |
| Defendant.[1] | |

Plaintiff Rochelle Vaughn sued defendant Patrick R. Donahoe, Postmaster General, for disability discrimination, race discrimination, and retaliation. The Court granted defendant's motion for summary judgment, and defendant filed a bill of costs for $2792.23, which was granted by the Clerk of the Court. On July 19, 2011, plaintiff filed a petition for waiver of costs, arguing that her workers' compensation benefits have been cut off and that she lacks a steady source of income. Defendant has not filed a response. For good cause shown, plaintiff's petition is GRANTED. (Doc. 78). *See Stanley v. University of Southern California*, 178 F.3d 1069, 1079 (9th Cir. 1999).

**IT IS SO ORDERED.**

Dated: August 19, 2011

SUSAN ILLSTON
United States District Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Postmaster General Patrick R. Donahoe is substituted as defendant for former Postmaster General John E. Potter.