IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE VAUGHN, | No. C 09-05746 SI |
| Plaintiff, | **ORDER WAIVING COSTS TAXED TO PLAINTIFF** |
| v. | |
| PATRICK R. DONAHOE, | |
| Defendant.[1] | |

Plaintiff Rochelle Vaughn sued defendant Patrick R. Donahoe, Postmaster General, for disability discrimination, race discrimination, and retaliation. The Court granted defendant's motion for summary judgment, and defendant filed a bill of costs for $2792.23, which was granted by the Clerk of the Court. On July 19, 2011, plaintiff filed a petition for waiver of costs, arguing that her workers' compensation benefits have been cut off and that she lacks a steady source of income. Defendant has not filed a response. For good cause shown, plaintiff's petition is GRANTED. (Doc. 78). *See Stanley v. University of Southern California*, 178 F.3d 1069, 1079 (9th Cir. 1999).

**IT IS SO ORDERED.**

Dated: August 19, 2011

SUSAN ILLSTON
United States District Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Postmaster General Patrick R. Donahoe is substituted as defendant for former Postmaster General John E. Potter.

United States District Court
For the Northern District of California